■ In the Matter of JOHN S. KROESE v. MAURICE MEYER, JR., et al.— Motion for a stay granted on condition that appellants perfect the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ HILDA MCKENZIE, Also Known as HILDA WASSERMAN, v. DAVOS SKI RESORT, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the February 1963 Term of this court. Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, but upon printed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of the record on appeal and appellant's printed points with this court. The appeal is to be perfected for the February 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK, Acting For and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property, Known as Polo Grounds Area Project No. N. Y. 5–62.— Motion to dismiss appeal granted, without costs. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of BENJAMIN FRANK v. METROPOLITAN BOTTLING COMPANY, INC., et al.— Motion[s] to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ SALLY RIVISE v. MAURICE J. RIVISE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the second Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ BORLAN CORPORATION v. ORIENTAL QUILTING-NOVELTY CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the February 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of ALFRED BERNKRANT v. TEMPORARY STATE HOUSING RENT COMMISSION.— Motion for an order setting appellant's appeal to the foot of the November 1962 Calendar of this court denied, with $10 costs. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THEODORE HAFNER v. AMERICAN THERMOCATALYTIC CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of FILOMENA GIORGIO et al. v. THEODORE H. LANG, as Personnel Director of the City of New York, et al.— Motion for an order staying the promulgation of an eligible list denied. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.